```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOHN CORCORAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>CHARLES HEAD, et al.,<br><br>        Defendants.<br>_____ | ) No. 2:08-cr-0093 FCD<br>)<br>)<br>) DEFENDANT'S WAIVER OF APPEARANCE<br>)<br>) Judge:    Honorable Frank C.<br>)           Damrell, Jr.<br>)<br>)<br>) |

    Pursuant to Fed.R.Crim.P. 43, defendant, JOHN CORCORAN, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

    Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by

the presence of his attorney, the same as if the defendant were personally present.  Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without his personal presence.

Dated: April 22, 2008

      /s/ John Corcoran
JOHN CORCORAN
(Original retained by attorney)

I concur in Mr. Corcoran's decision to waive his presence at future proceedings.

Dated:  April 22, 2008            Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                   /s/ Mary M. French
                                  MARY M. FRENCH
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  JOHN CORCORAN

IT IS SO ORDERED.

Dated: April 24, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2