1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JOHN CORCORAN
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. CR-S-08-093 FCD
                                  )
12             Plaintiff,         ) WAIVER OF PERSONAL APPEARANCE AT
                                  ) ARRAIGNMENT ON SUPERSEDING
13      v.                        ) INDICTMENT
                                  )
14 JOHN CORCORAN,                 )
                                  )
15             Defendant.         )
   _____)
16

17      Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure,
18 defendant, JOHN CORCORAN, hereby waives the right to be present in
19 person in open court at the arraignment on the Superseding Indictment
20 filed herein on February 11, 2010.
21      Defendant acknowledges and understands that he has the right to
22 appear personally with his attorney before a judicial officer for
23 arraignment in open court on said Superseding Indictment.  Defendant
24 further understands that, absent the present waiver, he must appear
25 before this Court as directed.
26 / / /
27 / / /
28 / / /

1    Defendant acknowledges that he has received a copy of the
2 Superseding Indictment, that he waives a formal reading of same in
3 open court, and hereby enters a plea of not guilty and demands a jury
4 trial.
5    Defendant agrees that his interests will be deemed represented at
6 all times by the presence of his attorney, the same as if the defendant
7 were personally present, and further agrees to be present in Court
8 ready for trial any day and hour the Court may fix in his absence.
9    The defendant further acknowledges that he has been informed of
10 his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)
11 and authorizes his attorney to set times and delays under that Act
12 without his personal presence.

14 Dated: March 3, 2010            /s/ John Corcoran
                                  JOHN CORCORAN
15                                (Original retained by attorney)

17 Dated: March 4, 2010            /s/ Matthew C. Bockmon
                                  MATTHEW C. BOCKMON
18                                Assistant Federal Defender
                                  Attorney for Defendant
19                                JOHN CORCORAN

**O R D E R**

The defendant's Waiver of Personal Appearance at Arraignment on Superseding Indictment is hereby accepted.

Dated: March 4, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Waiver of Appearance/Corcoran            2