JOSEPH SCHLESINGER, Bar #87692
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN CORCORAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN CORCORAN,<br><br>    Defendant.<br>_____ | No. CR-S-08-093 FCD<br><br>APPLICATION FOR TRANSPORTATION ORDER; [PROPOSED] ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. §4285 |

      Defendant JOHN CORCORAN by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, hereby applies to this Court for an order of subsistence allowance. Mr. Corcoran is indigent and has been appointed counsel. Mr. Corcoran is scheduled to appear on March 20, 2013 for a Trial Confirmation Hearing at 9:00 a.m.

      Mr. Corcoran resides in Victorville, California. Mr. Corcoran plans to travel on March 19, 2013 to meet and confer with his attorney and then appear in this Court on Wednesday, March 20, 2013. He cannot afford travel, lodging and other subsistence to enable him to attend his scheduled hearing before the Honorable Kimberly J. Mueller.

      In the interests of justice the Court is requested to arrange for John Corcoran's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required; and in addition to direct the United States Marshal to furnish John Corcoran with an amount of money for subsistence expenses, not to exceed the amount

authorized as a per diem allowance for travel under Title 5 U.S.C. Section 4285 pursuant to 18 U.S.C. Section 4285.

Dated: March 13, 2013   */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOHN CORCORAN

**O R D E R**

GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE IT IS ORDERED THAT the United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, John Corcoran, with round-trip transportation from Ontario, California to Sacramento, California on March 19, 2013, for Mr. Corcoran's appearance at the Trial Confirmation Hearing on March 20, 2013 at 9:00 a.m.; and subsistence not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. §5702(a).

Mr. Corcoran is indigent and financially unable to travel to Sacramento, California and return to Ontario, California without transportation expenses. This request is authorized pursuant to 18 U.S.C. §4285.

Dated: March 15, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE