UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
March 2, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                            )<br>           Plaintiff,                    ) .<br>v.                                                         )<br>                                                            )<br>JOHN CORCORAN,                      )<br>                                                            )<br>           Defendant.                 ) | Case No. 2:08CR00093-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOHN CORCORAN__, Case No. __2:08CR00093-KJM__, Charge __FTA/SENTENCING__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___     Release on Personal Recognizance

    ___     Bail Posted in the Sum of

        ___     Unsecured Appearance Bond

        ___     Appearance Bond with 10% Deposit

        ___     Appearance Bond with Surety

        ___     Corporate Surety Bail Bond

    ✔     (Other)          __Previous Pretrial release conditions__

Issued at __Sacramento, CA__ on __March 2, 2015__ at __2:05 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
       Allison Claire
       United States Magistrate Judge

Copy 2 - Court