IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case № 2:08-cr-00093-KJM |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| John Corcoran | ) | |
| | ) | |
| Defendant. | ) | |

The above named defendant has separately submitted a financial declaration and is financially unable to retain counsel. The defendant wishes counsel be appointed to represent him for a petition to violate his supervised release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Tasha Chalfant is appointed to represent the above defendant in this case effective *nunc pro tunc* to August 10, 2021.

This appointment shall remain in effect until further order of this court.

DATED: 8/18/2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL          1