PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>JOHN CORCORAN,<br><br>                    Defendants. | CASE NO. 2:08-CR-093 KJM<br><br>MOTION AND [PROPOSED] ORDER TO DISMISS SUPERVISED RELEASE VIOLATION PETITION AS TO DEFENDANT JOHN CORCORAN |

The United States hereby moves to dismiss the Petition (ECF No. 1754) against JOHN CORCORAN in the above captioned case. Further, the parties request that Mr. Corcoran's supervision be terminated as supervision would have terminated in May 2022 but for the filing of the Petition. U.S. Probation Officer Nicole Wright, who has been supervising Mr. Corcoran and has reviewed Mr. Corcoran's medical records regarding his ongoing treatment, agrees with this request on behalf of the U.S. Probation Office. Counsel for the government also communicated with counsel for Mr. Corcoran, Tasha Chalfant, and Ms. Chalfant indicated that she had no objection to this motion.

Dated: August 10, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Michael D. Anderson
MICHAEL D. ANDERSON
Assistant United States Attorney

Motion and [Proposed] Order to Dismiss Petition as to
Def. John Corcoran

1

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that the Petition (ECF No. 1754) in the above captioned case be dismissed against defendant JOHN CORCORAN in the interest of justice and that JOHN CORCORAN's supervision be terminated. This Order does not relieve the defendant of his ongoing obligation to pay restitution.

DATED: _____

HON. KIMBERLY J. MUELLER
United States District Judge