1   PHILLIP A. TALBERT
    United States Attorney
2   MICHAEL D. ANDERSON
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5
6   Attorneys for Plaintiff
    United States of America
7
8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,                CASE NO.  2:08-CR-093 KJM
12                        Plaintiff,         MOTION AND ORDER TO DISMISS
                                             SUPERVISED RELEASE VIOLATION PETITION
13                   v.                      AS TO DEFENDANT JOHN CORCORAN
14  JOHN CORCORAN,
15                        Defendants.
16
17          The United States hereby moves to dismiss the Petition (ECF No. 1754) against JOHN

18  CORCORAN in the above captioned case.  Further, the parties request that Mr. Corcoran's supervision

19  be terminated as supervision would have terminated in May 2022 but for the filing of the Petition.  U.S.

20  Probation Officer Nicole Wright, who has been supervising Mr. Corcoran and has reviewed Mr.

21  Corcoran's medical records regarding his ongoing treatment, agrees with this request on behalf of the

22  U.S. Probation Office.  Counsel for the government also communicated with counsel for Mr. Corcoran,

23  Tasha Chalfant, and Ms. Chalfant indicated that she had no objection to this motion.

24   Dated:  August 10, 2022              PHILLIP A. TALBERT
                                          United States Attorney
25
26                                         /s/ Michael D. Anderson
                                          MICHAEL D. ANDERSON
27                                        Assistant United States Attorney
28

**ORDER**

      **IT IS HEREBY ORDERED** that the Petition (ECF No. 1754) in the above captioned case be dismissed against defendant JOHN CORCORAN in the interest of justice and that JOHN CORCORAN's supervision be terminated.  This Order does not relieve the defendant of his ongoing obligation to pay restitution.

DATED:  August 17, 2022.

_____

CHIEF UNITED STATES DISTRICT JUDGE